| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:13CR00534-49 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Puerto Rico | DIVISION US Probation Office |
|---|---|---|
| Julio L. Mauras-De Jesus | NAME OF SENTENCING JUDGE Hon. Carmen Consuelo-Cerezo, USDJ | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/16/2021 — TO 4/15/2027 |

**OFFENSE**

21: 846, 841(b)(1)(C) &860 Conspiracy to possess with intent to distribute cocaine within 1,000 feet of a protected location.

18:924(c)(1)(A) Use and carry firearms during and in relation to a drug trafficking crime.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Julio Mauras-De Jesus is being supervised in the Middle District of Pennsylvania and has no intention of returning to the District of Puerto Rico. The Middle District of Pennsylvania is requesting the jurisdiction of this case.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Puerto Rico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of Pennsylvania   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_10/31/25_
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Middle   DISTRICT OF   Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11-10-25_
*Effective Date*

*United States District Judge*

1